FILED
2025 JUN 25 11:00 AM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 25-2-18660-1 SEA

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| CONTROL TECHNOLOGY, INC., a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ASSUREDPARTNERS OF WASHINGTON, LLC, a Washington company,<br><br>    Defendant. | No.<br><br>FIRST AMENDED COMPLAINT |

Plaintiff Control Technology, Inc. ("CTI" or "Plaintiff") alleges as follows against Defendant AssuredPartners of Washington, LLC ("AssuredPartners" or "Defendant"):

## I. PARTIES

1. Plaintiff Control Technology, Inc. ("CTI") is a Washington corporation with its principal place of business in Redmond, King County, Washington.

2. Defendant AssuredPartners of Washington, LLC ("AssuredPartners") is a Washington limited liability company with an office in Seattle, King County, Washington.

## II. JURISDICTION AND VENUE

3. The material facts, including the procurement of the insurance policy at issue, occurred in King County, and the parties reside here. As a result, jurisdiction and venue are proper in King County, Washington.

FIRST AMENDED COMPLAINT – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## III.   FACTS

4.      AssuredPartners has served as the exclusive insurance broker for CTI for more than a decade.

5.      AssuredPartners is a compensated, professional broker charging CTI a broker's fee for its services, separate from the policy premium.

6.      AssuredPartners holds itself out as an experienced insurance broker who understands the risks facing companies in various industries (including the aerospace and manufacturing industries), helps identify those risks for its customers, and advises its customers on how to mitigate such risks through the procurement of insurance. AssuredPartners charges a significant fee for providing the services it provides and receives certain compensation from the insurance companies.

7.      AssuredPartners holds itself out as trustworthy and as operating with integrity (AssuredPartners claims many other brokers are not trustworthy and do not operate with integrity).

8.      CTI reasonably expected and relied on AssuredPartners to help it identify potential risks that CTI was facing due to its operations and to advise CTI regarding the various insurance products available to protect CTI from those risks. Despite charging CTI substantial fees over the course of many years, AssuredPartners failed to actually provide these services to CTI because it lacked the knowledge and expertise it claimed to possess, because its business model did not permit AssuredPartners' employees to spend sufficient time to perform the services it holds itself out as providing, and/or because, on information and belief, AssuredPartners steered CTI (and its customers generally) towards policies that provide less coverage because of AssuredPartners' undisclosed business interests and relationships with insurance companies.

9.      Due to its reliance on AssuredPartners, CTI believed it had procured adequate insurance, but in reality CTI had failed to procure insurance to adequately

FIRST AMENDED COMPLAINT – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

protect itself from various risks for many years and, for some risks, CTI was without any insurance coverage at all.

10. Throughout the CTI-AssuredPartners relationship, CTI requested and AssuredPartners agreed to obtain comprehensive insurance coverage, including coverage for years 2023 to 2024, and including but not limited to coverage for claims made against CTI for alleged errors and omissions and/or liability in its professional work in providing manufacturing and engineering services and similar and/or related risks.

11. AssuredPartners advised, recommended, and procured for CTI four insurance policies for the period 2023-2024, including a Commercial General Liability policy and coverage that AssuredPartners described as for "Professional Liability/E & O," and "Manufacturer's Professional (E & O) Liability."

12. CTI relied on AssuredPartner's advice and purchased the recommended policies. CTI paid annual premiums of more than $20,000 per year for these policies. CTI paid AssuredPartners a separate fee for its services.

13. In 2023, during the policy period, CTI became involved in litigation and a third-party contractor asserted a non-contractual legal claim against CTI for allegedly negligent conduct in its CTI's professional and manufacturing services, which allegedly caused the third-party financial loss. Among other allegations, the contractor alleged that CTI failed to adequately provide it with project scheduling information and information on the client's proprietary technology used on the project.

14. CTI tendered the claim to its insurers, all of whom denied both defense and indemnity coverage. In their denials, the insurers variously asserted (among other exclusions and limitations on coverage) that their policies, obtained by AssuredPartners, were restricted to claims for physical damages to property, personal injury, and/or financial loss related to the acceptance of CTI's work by the client.

FIRST AMENDED COMPLAINT – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

15. AssuredPartners never identified various material risks to CTI that it knew or should have known about if it possessed the knowledge and expertise it holds itself out as having and charges fees for, including but not limited to the risks referenced above. Nor did AssuredPartners identify all of the different policies and insurance products (including modifications) available to protect CTI against such risks.

16. AssuredPartners never advised or communicated to CTI that the insurance, including but not limited to the errors-and-omissions insurance, it was purchasing had the limitations, restrictions, and/or exclusions on coverage referenced above nor did AssuredPartners discuss alternative insurance coverage with CTI to address such risks.

17. CTI has been damaged as a result of AssuredPartners' unfair and deceptive acts and/or practices, its misrepresentations, and/or by its failures to recommend and/or obtain sufficient insurance for CTI's risks, including but not limited to customary errors-and-omissions insurance that would have clearly covered a claim for financial loss due to an error or omission, and by AssuredPartners' failure to accurately and adequately describe the scope, limitations, and exclusions of insurance coverage it was recommending and/or obtaining on CTI's behalf.

18. CTI's resulting financial damages include attorneys' fees in advocating for coverage to the insurers, a potential uninsured judgment to a third party and the resulting impact of the inadequate policies on the course of that separate litigation (including the settlement amount), the significant fees CTI has paid AssuredPartners based on AssuredPartners' unfair and deceptive acts and practices for years, and unreimbursed defense fees and costs.

### IV. FIRST CAUSE OF ACTION
### PROFESSIONAL NEGLIGENCE

19. CTI realleges the allegations contained in the paragraphs above and incorporates them herein by reference.

FIRST AMENDED COMPLAINT – Page 4

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

20. AssuredPartners acted as a broker for CTI in placing insurance policies for many years, including in years 2023 to 2024.

21. AssuredPartners held itself out to CTI as having special skills, knowledge, and expertise in advising on and placing insurance coverage.

22. AssuredPartners had a long-term relationship over many years with CTI, providing CTI with advice on insurance and obtaining insurance policies on CTI's behalf.

23. AssuredPartners received a fee from CTI for providing insurance services to CTI, separate and apart from the premium changed for the insurance policies.

24. CTI relied on AssuredPartners' experience, skills, knowledge, and expertise when purchasing insurance policies to cover its business risks.

25. CTI relied on AssuredPartners to provide CTI with accurate information regarding the available insurance policies and products and the appropriate insurance policies for CTI to purchase to cover its business risks.

26. CTI requested that AssuredPartners obtain broad insurance coverage for it that protected against CTI's risks, including general coverage to protect against claims against CTI for alleged professional errors and omissions.

27. AssuredPartners negligently and erroneously advised CTI that one or more of the policies it recommended and later obtained for CTI for years 2023 to 2024 provided coverage for claims against CTI, including for professional errors and omissions and similar claims, which would include claims for general financial loss asserted by third parties.

28. In justifiable reliance on AssuredPartners' advice, CTI purchased several insurance policies for 2023 to 2024, which CTI believed provided sufficient coverage for CTI's risks, including general coverage for errors and omissions claims and the risks and claims described above.

FIRST AMENDED COMPLAINT – Page 5

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

29. In fact, AssuredPartners did not obtain the requested coverage. AssuredPartners was either unaware or failed to advise CTI that the insurance it was recommending, including the error-and-omissions coverage it ultimately obtained on CTI's behalf, was not customary and was substantially restricted and narrow in scope, limited to claims for damage to physical damage to property, personal injury, or financial loss related to acceptance of CTI's product by a customer, and did not cover financial loss generally or the risks and claims described above.

30. AssuredPartners committed professional negligence by not recommending and/or obtaining customary and sufficiently broad insurance coverage, including insurance coverage for errors-and-omissions claims and the claims described above, and by failing to accurately inform CTI of the scope, limitations, and exclusions of the insurance recommended and obtained.

31. In 2023, during the policy period, CTI became involved in litigation, with claims asserted against it, including for loss related to alleged errors and omissions in the performance of its professional work.

32. CTI tendered defense of the claims to its insurers, all of whom denied both defense and indemnity coverage.

33. As a direct and proximate cause of AssuredPartners' professional negligence, CTI has suffered damages and is entitled to a judgment in an amount to be proven at trial.

### V.  SECOND CAUSE OF ACTION
### SIMPLE NEGLIGENCE

34. CTI realleges the allegations contained in the paragraphs above and incorporates them herein by reference.

35. Assured Partners, among other things, owed CTI a duty to exercise reasonable care in recommending and securing insurance on CTI's behalf and providing

FIRST AMENDED COMPLAINT – Page 6

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

accurate information to CTI regarding the insurance coverage available and the coverage obtained on CTI's behalf.

36. AssuredPartners, among other things, owed CTI a duty to obtain errors-and-omissions insurance that would cover claims for general financial loss, and to accurately communicate the scope of coverage obtained on CTI's behalf.

37. AssuredPartners failed to exercise such reasonable care, by, among other things, failing to obtain general and customary insurance coverage, including insurance against errors-and-omissions claims and the claims set forth above, and by failing to properly inform CTI of the scope, limitations, and exclusions of the insurance coverage obtained.

38. CTI justifiably relied on AssuredPartners' advice and recommendations in purchasing insurance, including insurance coverage for years 2023 to 2024.

39. As a direct and proximate result of AssuredPartners' negligence, CTI was damaged and is entitled to a judgment against AssuredPartners for negligence, in an amount to be proven at trial.

## VI. THIRD CAUSE OF ACTION
## NEGLIGENT MISREPRESENTATION

40. CTI realleges the allegations contained in the paragraphs above and incorporates them herein by reference.

41. AssuredPartners represented to CTI that AssuredPartners obtained for CTI sufficient insurance, including errors and omissions insurance, to protect CTI from the risks reference above. AssuredPartners knew or should have known that this representation was false or misleading in that the insurance it obtained on CTI's behalf contained substantial and non-customary restrictions, limitations, and/or exclusions, including restrictions on the scope of errors-and-omissions claims covered and the risks

FIRST AMENDED COMPLAINT – Page 7

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

set forth above. Assured Partners did not communicate those restrictions on coverage to CTI.

42. AssuredPartners made the false or misleading representations to CTI with the intent that CTI rely on its representations.

43. CTI justifiably relied on AssuredPartners' representations and purchased the recommended policies and made various decisions as a company regarding risks it would undertake, and Assured Partners knew that CTI relied on its representations.

44. As a direct and proximate result of AssuredPartners' negligent misrepresentations, CTI was damaged and is entitled to a judgment against AssuredPartners for negligent misrepresentation in an amount to be proven at trial.

## VII.   FOURTH CAUSE OF ACTION
## WASHINGTON CONSUMER PROTECTION ACT

45. CTI realleges the allegations contained in the paragraphs above and incorporates them herein by reference.

46. As set forth above, AssuredPartners engaged in unfair and/or deceptive acts and/or practices and made misrepresentations regarding its business, the nature of the services it provides, its knowledge, skills, and expertise, its integrity, and related issues.

47. AssuredPartners' unfair and/or deceptive acts and/or practices were made in the course of its business and to increase its business and therefore occurred in trade and commerce.

48. AssuredPartners' unfair and/or deceptive acts and/or practices affect the insurance industry and have harmed and/or are capable of harming others and so they impact the public interest.

49. As a direct and proximate result of AssuredPartners' unfair and/or deceptive acts and/or practices, CTI has been harmed in its business and property in amounts to be proven at trial.

FIRST AMENDED COMPLAINT – Page 8

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff CTI respectfully requests the following relief:

A. For damages in an amount to be proven at trial.

B. For equitable relief, including an injunction preventing AssuredPartners from making unfair and/or deceptive statements in the course of its marketing and advertising and disgorgement of the sums CTI has paid AssuredPartners based on AssuredPartners' unfair and/or deceptive acts, practices, and misrepresentations.

C. For an award of pre-judgment and post-judgment interest as allowed by law.

D. For an award of attorney fees and costs to the extent allowed by law, equity, or the parties' contracts.

E. For enhanced damages under the Consumer Protection Act.

F. For such other relief as the Court deems just and warranted.

DATED this 25th day of June, 2025.

McNAUL EBEL NAWROT & HELGREN PLLC

By: *s/ Matthew J. Campos*
Matthew J. Campos, WSBA No. 40777
600 University Street, Suite 2700
Seattle, Washington 98101
Phone: (206) 467-1816
Fax: (206) 624-5128
Email: mcampos@mcnaul.com

*Attorneys for Plaintiff*

FIRST AMENDED COMPLAINT – Page 9

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816